JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA ELECTRICAL FIRM, a California corporation; JASON FARR, an individual; DAVID KANOWSKY, an individual; and ROB MORGAN, an individual,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>SOUTHERN CALIFORNIA EDISON COMPANY, a California corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 5:22-cv-00968-SPG-SHKx<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST FOR DISMISSAL WITHOUT PREJUDICE** |

　　The Court, having reviewed Plaintiffs Southern California Electrical Firm, Jason Farr, David Kanowsky, and Rob Morgan (collectively, "Plaintiffs"), request for dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), and good cause appearing, hereby orders that Plaintiffs' claims against Defendant Southern California Edison Company are dismissed without prejudice.

　　IT IS SO ORDERED.

Dated:　March 15, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. SHERILYN PEACE GARNETT
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE